United States District Court
Southern District of Texas
**ENTERED**
January 06, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Justin Ortega, § | |
|    Plaintiff, § | |
| § | |
| v. § | |
| § | Civil Action H-22-1902 |
| The Kroger Company, et al., § | |
|    Defendants. § | |

# Order of Adoption

On December 21, 2022, Magistrate Judge Peter Bray recommended that Defendants' Motion for Summary Judgment be granted. (18) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on January 6, 2023, at Houston, Texas.

Lynn N. Hughes
United States District Judge